IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Weis Markets, Inc.                    :
                                      :
              v.                      :
                                      :
Lancaster Township,                   :    No. 54 C.D. 2020
                  Appellant           :

# **O R D E R**

AND NOW, this 8th day of April, 2021, **IT IS HEREBY ORDERED** that the above-captioned opinion filed January 13, 2021, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge